UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States Securities and Exchange
Commission,

Plaintiff,

—v—

David B. Blaszczak, et al.,

Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 0 2018

17-cv-3919 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On June 27, 2018, the Defendants in this action filed a joint motion to stay proceedings pending resolution of their related criminal appeals. Dkt. No. 50. The Securities and Exchange Commission ("SEC") shall file any opposition to this motion by August 3, 2018. If the SEC does not file any opposition, it must file a letter with the Court setting forth its position on the Defendants' motion.

SO ORDERED.

Dated: July 20, 2018
    New York, New York

ALISON J. NATHAN
United States District Judge

1