UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities & Exchange Commission,

           Plaintiffs,

–v–

Blaszczak, et al,

           Defendants.

17-cv-3919 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 24, 2018, the Court granted Defendants' joint motion to stay the proceedings in this matter pending resolution of Defendants' criminal appeals. Dkt. No. 54. The Court instructed the parties to file a joint letter with the Court notifying it of the resolution of Defendants' criminal appeals within 14 days of such resolution, but has not received any updates in nearly two years. The parties are ordered to file a joint status letter updating the Court on the status of the criminal appeals by October 26, 2021.

SO ORDERED.

Dated: October 12, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge