

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 29, 2022

<u>BY CM/ECF</u>

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>SEC</u> v. <u>Blaszczak</u>
                17 Civ. 3919 (KMV)

Dear Judge Vyskocil:

      The Government respectfully writes to request that former-Assistant United States Attorney Brooke Cucinella be removed as counsel of record for the Government in this matter. Ms. Cucinella left the U.S. Attorney's Office in or about August 2018.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney


    By:    /s/
          Joshua A. Naftalis
          Assistant United States Attorney
          (212) 637-2310

cc:    Counsel of Record (via CM/ECF)