UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID B. BLASZCZAK<br>CHRISTOPHER M. WORRALL<br>THEODORE J. HUBER<br>JORDAN FOGEL,<br><br>Defendants. | 1:17-cv-03919-MKV |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, Plaintiff United States Securities and Exchange Commission and Defendants David B. Blaszczak, Christopher M. Worrall, and Theodore J. Huber[1] hereby stipulate to the dismissal of this action.

Dated: November 17, 2023

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

/s/ Melissa Armstrong
Melissa Armstrong
Carolyn Welshhans
100 F Street, N.E.
Washington, DC 20549
Attorneys for- Plaintiff United States
Securities and Exchange Commission

---

[1] The Court previously entered a consent judgment against Defendant Jordan Fogel. ECF 26. That judgment provided that the SEC could subsequently move for disgorgement and/or a civil money penalty against Fogel. The SEC does not intend to pursue further remedies against Fogel.

        MORRISON AND FOERSTER LLP

        /s/ Jamie A. Levitt
        Jamie A. Levitt
        250 West 55th Street
        New York, NY 10019
        Attorney for Defendant
        David B. Blaszczak


        SHEARMAN & STERLING LLP

        /s/ John A. Nathanson
        John A. Nathanson
        Stephen Robert Fishbein
        599 Lexington Avenue
        New York, NY 10022
        Attorney for Defendant
        Christopher M. Worrall


        KRAMER LEVIN NAFTALIS & FRANKEL, LLP

        /s/ Dani R. James
        Dani R. James
        Berry H. Berke
        1177 Avenue of the Americas
        New York, NY 10036
        Attorneys for Defendant
        Theodore J. Huber